UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK W,<br><br>                    Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>                    Defendant. | Case No.:  20cv1439-KSC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS [DOC. NO. 5.]** |

On July 27, 2020, plaintiff Frank W. commenced an action against Andrew M. Saul, the Acting Commissioner of Social Security, seeking review of a final adverse decision of the Commissioner. [Doc. No. 1.] Plaintiff also filed an Application to Proceed with the Complaint *in forma pauperis*. [Doc. No. 2.]  On August 4, 2020, plaintiff filed an Amended Application to Proceed *in forma pauperis*. [Doc. No. 5.]

A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a).  The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir.1981) (internal quotations omitted).

A party need not be completely destitute to proceed *in forma pauperis*. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–340 (1948). An affidavit is adequate if it shows that the applicant cannot pay the fee "and still be able to provide himself [or herself] and dependents with the necessities of life." *Id.* (internal quotations omitted).

Here, plaintiff's Application indicates he is unemployed and has no income or assets. [Doc. No. 5, p. 1-3.] The Application also indicates plaintiff's most recent employment was in 2017 at a convalescent hospital, where he earned $1,600.00 per month. Therefore, the Court finds that plaintiff has sufficiently shown he lacks the financial resources to pay the filing fee. Accordingly,

IT IS HEREBY ORDERED THAT plaintiff's Application to Proceed with his Complaint *in forma pauperis* is GRANTED. [Doc. No. 5.]

Dated: August 6, 2020

Hon. Karen S. Crawford
United States Magistrate Judge